**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KIMBERLY A. SNYDER,

Respondent

v.

ROBERT A. SNYDER, JR.,

Petitioner

: No. 321 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.